1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   ELIZABETH COLLINS,

9                    Plaintiff,                Case No. C18-5600-JLR-MLP

10        v.                                   ORDER

11  COMMISSIONER OF SOCIAL
    SECURITY,

12                   Defendant.

13

14        Having reviewed the Report and Recommendation of the Honorable Michelle L.

15  Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining

16  record, the Court finds and ORDERS:

17        (1)    The Court ADOPTS the Report and Recommendation.

18        (2)    The final decision of the Commissioner is REVERSED and this case is

19  REMANDED to the Social Security Administration for further proceedings consistent with the

20  Report and Recommendation.

21  //

22  //

23

ORDER - 1

1    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge

2    Peterson.

3    Dated this 22nd day of April, 2019.

JAMES L. ROBART
United States District Judge

ORDER - 2