U.S. District Court Judge JAMES L. ROBART
U.S. Magistrate Judge MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELIZABETH COLLINS,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C18-5600-JLR-MLP<br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney Fees Pursuant to 42 U.S.C. § 406(b), it is hereby ORDERED that Plaintiff's attorney, JEANETTE LAFFOON, is awarded attorney fees of $13,171.50 pursuant to 42 U.S.C. § 406(b). If and when the approved 406(b) fee is received, counsel will refund directly to Plaintiff the $4,596.48 in EAJA fees previously received.

//

//

//

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C18-5600-JLR-MLP]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 1

1  DATED this 20th day of April, 2021.

*[signature]*

JAMES L. ROBART
U.S. District Court Judge

Presented by:

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

DATED:  April 20, 2021

/s/ JEANETTE LAFFOON
JEANETTE LAFFOON, WSBA #30872
Attorney for Plaintiff

ORDER FOR ATTORNEYS FEES
PURSUANT TO 42 U.S.C. § 406(b)
[C18-5600-JLR-MLP]

MADDOX & LAFFOON, P.S.
410-A South Capitol Way
Olympia, WA. 98501
(360) 786-8276

- Page 2